## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23585-CMB |
| | : | |
| Mary E. Dryburgh, | : | Chapter 7 |
| Debtor | : | |
| _____ | : | Related to Docket No. 8 |
| | : | |
| Mary E. Dryburgh, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

### ORDER

**AND NOW**, on this ___26th___ day of ___September___, 2019, upon consideration of the Motion of the above reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 7 Petition, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including October 7, 2019.

BY THE COURT:

FILED
9/26/19 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm,                              **dmr**
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-23585-CMB
Mary E. Dryburgh                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha            Page 1 of 1          Date Rcvd: Sep 26, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Mary E. Dryburgh,    1909 Sheplar Drive,    South Park, PA 15129-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,   PA59@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Mary E. Dryburgh ecf@mcelrathlaw.com,
          donotemail.ecfbackuponly@gmail.com
                                                                                  TOTAL: 4