**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23585-CMB |
| Mary E. Dryburgh, | : | Chapter 7 |
| Debtor | : | |
| _____ | : | Related to Docket No. 13 |
| Mary E. Dryburgh, | : | |
| Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this ___8th___ day of ___October___, 2019, upon consideration of the Motion of the above reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 7 Petition, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including October 18, 2019.

BY THE COURT:

FILED
10/8/19 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    **dmr**
Carlota M. Bohm,
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary E. Dryburgh  
     Debtor

Case No. 19-23585-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 1     Date Rcvd: Oct 08, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db          +Mary E. Dryburgh,   1909 Sheplar Drive,   South Park, PA 15129-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
         James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Mary E. Dryburgh ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
                                                                                               TOTAL: 4