**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-23585-CMB** |
| | : | |
| **Mary Dryburgh** | : | **Chapter 7** |
| **Debtor** | : | |
| | : | |
| **Mary Dryburgh** | : | |
| **Movant** | : | **Filed Pursuant to Rule 1007-4** |

**VERIFICATION REGARDING PROOF OF INCOME**

I, **Mary Dryburgh,** hereby state as follows:

1. I am starting a job as a bartender October 9, 2019 with MW Hospitality and expect to earn wages of $1,267.90 which includes tips.
2. Prior to this I was employed by D&V Restaurant and earned total wages of $630.40 through September 6, 2019.
3. I was employed by First Watch Restaurants an earned total wages of $16,346.18 through May 10, 2019.
4. I receive Child Support of $419.00 per month,
5. I now receive Food Stamps of $550.00 per month.
6. I have filed income tax returns for the years 2015-2018.
7. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 17, 2019

/s/ Mary Dryburgh
**Mary Dryburgh**
Debtor

| 00629 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Number | Page |
| RL / VSN 22925863 | 01/ | 4866 | 1 of 1 |

D&V RESTAURANT
216 S Highland Avenue
Pittsburgh, PA 15206

# Earnings Statement

ADP

Period Starting: 08/18/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

Tax Override:
Federal:
State:
Local:

Social Security Number: XXX-XX-XXXX

Mary Dryburg
1909 Sheplar Drive
South Park, PA 15642

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 6.25 | 87.50 | 132.06 |
| Tipped hours | 2.8300 | 29.45 | 83.34 | 83.34 |
| Cash tips | | 0.00 | 415.00 | 415.00 |
| Gross Pay | | | $585.84 | $630.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -45.30 | 45.30 |
| Social Security | -36.32 | 39.08 |
| Medicare | -8.49 | 9.14 |
| Pennsylvania State Income | -17.99 | 19.36 |
| Pennsylvania State UI | -0.35 | 0.38 |
| Pittsburgh C Local Income | -17.58 | 18.92 |
| Net Pay | $44.81 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 130.17 | 130.17 |
| Total Hours Worked | 35.70 | 41.27 |

Your federal taxable wages this period are $585.84

TEAR HERE

©1998. 2006. ADP. LLC All Rights Reserved.

00660

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / VSN 22925863 | 01/ | 4844 | 1 of 1 |

D&V RESTAURANT
216 S Highland Avenue
Pittsburgh, PA 15206

# Earnings Statement

ADP

Period Starting: 08/04/2019
Period Ending: 08/17/2019
Pay Date: 08/23/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

Tax Override:
Federal:
State:
Local:

Social Security Number: XXX-XX-XXXX

Mary Dryburg
1909 Sheplar Drive
South Park, PA 15642

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 5.57 | 44.56 | 44.56 |
| Gross Pay | | | $44.56 | $44.56 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -2.76 | 2.76 |
| Medicare | -0.65 | 0.65 |
| Pennsylvania State Income | -1.37 | 1.37 |
| Pennsylvania State UI | -0.03 | 0.03 |
| Pittsburgh C Local Income | -1.34 | 1.34 |
| Net Pay | $38.41 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 5.57 | 5.57 |

Your federal taxable wages this period are $44.56

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

CO. FILE DEPT. CLOCK VCHR. NO. 130
KWA 041676 0000190188 1

# Earnings Statement

ADP

*FIRST WATCH RESTAURANTS*
*8027 COOPER CREEK BLVD., UNIT 103*
*UNIVERSITY PARK, FL 34201*

Period Beginning: 04/22/2019
Period Ending: 05/05/2019
Pay Date: 05/10/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
PA: N/A

MARY DRYBURGH
1211 MAIN ST
NORTH HUNTINGDON PA 15642

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Regular | | 1923.08 | | 961.54 | 16,346.18 |
| | Gross Pay | | | $961.54 | 16,346.18 |
| Deductions | Statutory | | | | |
| | Federal Income Tax | | | -33.08 | 1,213.96 |
| | Social Security Tax | | | -59.61 | 1,013.46 |
| | Medicare Tax | | | -13.94 | 237.02 |
| | PA State Income Tax | | | -29.52 | 501.84 |
| | Bridgeville Local Svc Tax | | | -2.00 | 18.00 |
| | Murrysville Income Tax | | | -9.62 | 163.46 |
| | PA SUI/SDI Tax | | | -0.58 | 9.81 |
| | Other | | | | |
| | Tax Levy | | | | 65.00 |
| | Tax Levy | | | | 65.00 |
| | Net Pay | | | $813.19 | |
| | Checking 1 | | | -813.19 | 13,058.63 |
| | Net Check | | | $0.00 | |

Your federal taxable wages this period are $961.54

©2000 ADP, LLC

FIRST WATCH RESTAURANTS
8027 COOPER CREEK BLVD., UNIT 103
UNIVERSITY PARK, FL 34201

Advice number: 00000190188
Pay date: 05/10/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MARY DRYBURGH | xxxxxxxx3513 | xxxx xxxx | $813.19 |




**NON-NEGOTIABLE**