IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-23585-CMB |
| | : | |
| Mary E. Dryburgh, | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| Mary E. Dryburgh, | : | Related to Document No. 22 , 24 |
|     Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | |
| | : | |
| Jeffrey J. Sikirica, Esquire, | : | |
| Chapter 7 Trustee | : | |
|     Additional | : | |
|     Respondent | : | |

## ORDER

AND NOW on this __5th__ day of __November__, 2019, upon consideration of the within Motion to withdraw Amended Voluntary Petition, and for good cause shown, it is hereby ORDERED, DIRECTED and DECREED that the Debtor's Motion to Withdraw the Amended Voluntary Petition is granted.

BY THE COURT:

_Carlota M. Bohm_
Carlota M. Bohm,
Chief United States Bankruptcy Judge

FILED
11/5/19 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23585-CMB
Mary E. Dryburg                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 1              Date Rcvd: Nov 05, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
db              +Mary E. Dryburg,    1909 Sheplar Drive,    South Park, PA 15129-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mary E. Dryburg ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
                                                                                              TOTAL: 4