**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-23585-CMB |
| | : | |
| **Mary E. Dryburgh,** | : | **CHAPTER 13** |
| Debtor | : | |
| _____ | : | |
| **Mary E. Dryburgh,** | : | Related to Doc. No. 30 |
| Movant | : | |
| | : | **M.O.C. Date & Time:** |
| v. | : | **12/30/19 at 2:00PM** |
| **Ally Financial, et.al** | : | |
| **Jeffrey J. Sikirica, Esquire,** | : | |
| **Chapter 7 Trustee** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF RESCHEDULED § 341 MEETING OF CREDITORS**

    I, the undersigned, of McElrath Legal Holdings, LCC, certify under penalty of perjury that on December 6, 2019, I served notice with a copy of the certificate of service as notice for the rescheduled 341 Meeting of the Creditors, on the above Debtor in an attempt to secure her attendance at the rescheduled Meeting of Creditors scheduled to be held **December 30, 2019 at 2 :00 PM** at the Liberty Center, 1001 Liberty Avenue, 7th Floor, Room 740, Pittsburgh, PA 15222, and on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification where indicated.


Executed on: <u>December 6, 2019</u>          By: <u>/s/ Sharla Munroe</u>
                                                                          Sharla Munroe, Paralegal
                                                                          McElrath Legal Holdings. LCC
                                                                          1641 Saw Mill Run Blvd
                                                                          Pittsburgh, PA 15210
                                                                          Tel: 412.765.3606
                                                                          Fax: 412.765.1917

**Matrix**

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Mary E. Dryburgh
angel_PA7@yahoo.com

Service by First-Class Mail

Jeffrey J. Sikirica
CH. 7 Trustee
121 Northbrook Drive
Pine Township
Gibsonia, PA 15004

Mary E. Dryburgh
209 Bryant St.
Herminie, PA 15637

Ally Financial
P.o. Box 380901
Bloomington, MN 55438

Amex
P.o. Box 981537
El Paso, TX 79998

Capital One Auto Finan
Po Box 259407
Plano, TX 75025

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Chestnut Hills Dental
241 Schoolhouse Road
Johnstown, PA 15904

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161

Columbia Gas
P.O. Box 117
Columbus, OH 43216

Consumer Collection Mn
Pob 1839
Maryland Heights, MO 63043

Credit Collection Serv
Po Box 607
Norwood, MA 02062

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Duquesne Light Company
c/o Keri Ebeck
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Excella Health Group
PO Box 645189

Pittsburgh, PA 15264

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Med Express
PO Box 7964
Belfast, ME 04915

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Progressive Insurance
6300 Wilson Mills Rd
Mayfield Village, OH 44143

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

Syncb/levin
C/o Po Box 965036
Orlando, FL 32896

Syncb/sams Club
Po Box 965005
Orlando, FL 32896

UPMC
PO Box 371842
Pittsburgh, PA 15250-7842

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power
Summit Park Dr

Pittsburgh, PA 15205

West Penn Power
1310 Fairmont Avenue
Fairmont, WV 26554