UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary E. Dryburgh<br>　　　　　　Debtor(s) | |
| Quicken Loans Inc.<br>　　　　　　Movant<br>v.<br>Mary E. Dryburgh<br>　　　　　　Respondent(s)<br>and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　Additional Respondent | BK. NO. 19-23585 CMB<br><br>CHAPTER 7<br>Related to Docket #　33<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 15th day of January, 2020, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1211 Main Street, North Huntingdon a/k/a Irwin, PA 15642 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_　　dmr
　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

FILED
1/15/20 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Mary E. Dryburgh
209 Bryant Avenue
Herminie, PA 15637

Paul W. McElrath, Jr. Esq.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com

Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044
SikiricaLaw@nauticom.net


U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary E. Dryburgh  
    Debtor

Case No. 19-23585-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db             +Mary E. Dryburgh,    209 Bryant Ave.,    Herminie, PA 15637-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Mary E. Dryburgh ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
     TOTAL: 4